**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **J.A., INDIVIDUALLY; b/n/f** | § | |
| **ALFREDO ALVAREZ** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.: 2:17-cv-182** |
| **v.** | § | |
| | § | **JURY REQUESTED** |
| **MERIDIAN INDEPENDENT** | § | |
| **SCHOOL DISTRICT AND BOSQUE** | § | |
| **COUNTY EDUCATIONAL** | § | |
| **COOPERATIVE** | § | |
| **Defendants.** | § | |

**MOTION TO APPOINT NEXT FRIEND**

**NOW COMES** J.A. (the Student") by and through his next friend Alfredo Alvarez, who also holds a signed Educational Power of Attorney signed by J.A., (collectively termed "the Plaintiffs" herein), and files this their *Motion to Appoint Next Friend* and in support thereof, Plaintiffs would respectfully show the following:

1. Plaintiffs filed their *First Original Complaint* on June 4, 2017.
2. Mr. Alverez, J.A.'s father, was granted sole custody over J.A. as per his divorce agreement which was signed in December 2004, giving him full legal and residential custody of J.A.
3. This custody was technically voided when J.A. turned eighteen on November 28, 2018.
4. Counsel for Petitioners request this Court appoint Mr. Alvarez to represent his son, J.A., "as next friend" as contemplated by Fed. Rules of Civil Procedure 17 and 19 T.A.C. §89.1170(e).

5. A review of the *Complaint* will show that Mr. Alvarez has no individual cause of action or interest in this action, nor has any pecuniary interest in this cause and as such, there is no conflict of interest in appointing him *as next friend* in this cause.

6. This *Motion to Appoint Next Friend* is made so that justice may be done.

Respectfully submitted,


/s/ Martin Cirkiel
Martin J. Cirkiel
SBN 00783829
Cirkiel & Associates, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]

Timothy D. Raub
SBN 00789570
Raub Law Firm, P.C.
814 Leopard Street
Corpus Christi, TX 78401
(361) 880-8181 [Telephone]
(361) 887-6521 [Facsimile]
timraub@raublawfirm.com [Email]

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify on the 11th day of April, 2019 I conferred with Ms. Katie Payne whi indicated the Defendants are OPPOSED to the filing of this motion.

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed with and later served upon Defendant via email from the court's Notice of Electronic Filing system, on this 25th day of April, 2019.

Mr. D. Craig Wood
State Bar No. 21888700
Federal ID No. 979301
cwood@wabsa.com [Email]

Ms. Katie Elizabeth Payne
State Bar No. 24071347
Federal ID No. 1766856
kpayne@wabsa.com [Email]

Walsh, Gallegos, Trevino, Russo & Kyle, P.C.
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
(210) 979-6633 [Telephone]
(210) 979-7024 [Facsimile]

**ATTORNEY FOR DEFENDANTS**

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel