**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **J.A., INDIVIDUALLY; b/n/f** | § | |
| **ALFREDO ALVAREZ** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.: 2:17-cv-182** |
| **v.** | § | |
| | § | **JURY REQUESTED** |
| **MERIDIAN INDEPENDENT** | § | |
| **SCHOOL DISTRICT AND BOSQUE** | § | |
| **COUNTY EDUCATIONAL** | § | |
| **COOPERATIVE** | § | |
| **Defendants.** | § | |

## ORDER APPOINTING NEXT FRIEND

LET IT BE KNOWN that this Court has considered the *Plaintiffs' Motion to Appoint Next Friend*. Upon careful review, the Court finds that there is good cause for this request and, as such, the Court is of the opinion that Plaintiff's motion should be granted and at this time it is in the best interest of J.A. that Mr. Alvarez represent his son J.A. "as next friend" as contemplated by Fed. Rules of Civil Procedure 17 and 19 T.A.C. §89.1170(e).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Alfredo Alvarez, is hereby appointed "as next friend" to represent the interests of his son, J.A.

**SIGNED** on this the _______ day of ______________, 2019.

______________________________________
**JUDGE PRESIDING**