# AFFIDAVIT OF KATIE E. PAYNE

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared KATIE E. PAYNE known to me to be the person whose signature appears below, and having been by me duly sworn, the said KATIE E. PAYNE stated on oath as follows:

> "My name is KATIE E. PAYNE. I am over 18 years of age. I have never been convicted of a crime and I am personally competent to make this affidavit. I have personal knowledge of all facts stated in this affidavit, and they are true and correct.
>
> I am an attorney of record for the Corpus Christi Independent School District, in the lawsuit styled, Civil Action No. 2:17-cv-182, *J.A. b/n/f Alfredo Alvarez v. Corpus Christi Independent School District,* in the United States District Court for the Southern District of Texas, Corpus Christi Division. I have served in this capacity at all times relevant in this lawsuit.
>
> Attached hereto and labeled as Exhibit "A-1" is a true and correct copy of Order No. 3 Dismissal without Prejudice issued in Docket No. 207-SE-0319, styled Jesse A., b/n/f Alfredo A. vs. Corpus Christi Independent School District on March 28, 2019. The parties in the instant litigation are the same as those in the Order labeled as Exhibit A-1.
>
> The above Exhibit is referred to and incorporated for all purposes in Defendant's Response to Plaintiff's Motion to Appoint Next Friend, Dkt. Nos. 48 and 49.
>
> FURTHER AFFIANT SAYETH NOT."

KATIE E. PAYNE

SUBSCRIBED AND SWORN TO BEFORE ME by the said KATIE E. PAYNE on this the 30th day of April, 2019, to certify which witness my hand and official seal.

ANDREE MACIAS
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 11/21/2022
NOTARY ID 1071935-0

Notary Public, State of Texas