**DOCKET NO. 207-SE-0319**

| | | |
|---|---|---|
| **JESSE A., B/N/F ALFREDO A., Petitioner** | § | **BEFORE A SPECIAL EDUCATION** |
| | § | |
| | § | |
| **v.** | § | |
| | § | **HEARING OFFICER FOR** |
| | § | |
| **CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, Respondent** | § § § | **THE STATE OF TEXAS** |

**ORDER NO. 3**
**DISMISSAL WITHOUT PREJUDICE**

The due process hearing in this case is currently scheduled for April 26, 2019 with the decision due on May 21, 2019. On March 28, 2019, the parties participated in a prehearing conference. During the conference Petitioner requested time to allow Student's next friend to obtain the legal paperwork to transfer parental rights to him based on Student's age of majority. The hearing officer denied that request and offered a dismissal without prejudice. Petitioner did not object and neither did Respondent.

It is therefore **ORDERED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE.**

**SIGNED March 28, 2019.**

Kasey M. White

**Kasey M. White**
**Special Education Hearing Officer**
**For the State of Texas**

EXHIBIT A-1

# STATE OFFICE OF ADMINISTRATIVE HEARINGS

**WILLIAM P. CLEMENTS BUILDING**
**300 West 15th Street**
**Austin, Texas 78701**
**Phone (512) 475-4993**
**Facsimile (512) 475-4994**

## SERVICE LIST

AGENCY: **TEXAS EDUCATION AGENCY**

STYLE/CASE: **207-SE-0319 (CORPUS CHRISTI ISD)**

| | |
|---|---|
| STATE OFFICE OF ADMINISTRATIVE HEARINGS (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.IDEA) | KASEY WHITE<br>ADMINISTRATIVE LAW JUDGE/HEARING OFFICER |

**PARTIES** **REPRESENTATIVE/ADDRESS**

| | |
|---|---|
| PETITIONER | MARTIN CIRKIEL<br>CIRKIEL & ASSOCIATES<br>1901 PALM VALLEY BLVD.<br>ROUND ROCK, TX 78664<br>PHONE: (512) 244-6658<br>FAX: (512) 244-6014<br>marty@cirkielaw.com |
| RESPONDENT<br>CORPUS CHRISTI ISD | ERIC RODRIGUEZ<br>WALSH GALLEGOS TREVINO RUSSO & KYLE P.C.<br>100 NE LOOP 410, SUITE 900<br>SAN ANTONIO, TX 78216<br>PHONE: (210) 979-6633<br>FAX: (210) 979-7024<br>erodriguez@wabsa.com |
| COURT REPORTER | ANN THORNTON BERRY, CSR<br>POC: ANN THORNTON BERRY<br>1533 VZ COUNTY ROAD 4810<br>CHANDLER, TX 75758<br>PHONE: (903) 852-2232<br>FAX: (903) 852-3258<br>amtberry@aol.com |

**cc: Brittney Salaiz, Special Education DPH Docket Clerk, TEA Division of Legal Services – VIA EMAIL**