**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISI DIVISION**

| | | |
|---|---|---|
| **J.A., b/n/f ALFREDO ALVAREZ** | **§** | |
| **Plaintiffs,** | **§** | |
| | **§** | |
| **vs.** | **§** | **CASE NO. 2:17-cv-182** |
| | **§** | |
| **CORPUS CHRISTI INDEPENDENT** | **§** | |
| **SCHOOL DISTRICT,** | **§** | |
| **Defendant** | **§** | |

**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT NEXT FRIEND**

Plaintiff's Motion to Appoint Next Friend has been carefully considered by this Court. The Court, having reviewed and considered Plaintiff's Motion, Defendant's response, and having reviewed the items on file herein, is of the opinion that said Motion should be denied.

Therefore it is hereby ORDERED that Plaintiff's Motion to Appoint Next Friend be DENIED.

IT IS SO ORDERED on this the _____ day of _______, 2019.

____________________________________

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**