United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| J. A.; b/n/f ALFREDO ALVAREZ, *et al*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 2:17-CV-182 § CORPUS CHRISTI ISD, § § Defendant. § | |

**FINAL JUDGMENT**

Pursuant to the Order of Dismissal with Prejudice (D.E. 72), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 13th day of January, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE